It is so ordered. This matter is dismissed without prejudice under Fed. R. Civ. P. Rule 41(a)(1)(A)(i). s/Judge John R. Adams 3/3/2022

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SHARON ROTH, individually and on behalf of all others similarly situated, | : | Case No. 5:21-cv-1801 |
| | : | |
| | : | Judge John R. Adams |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VITAMINERALS/VM ORTHOPEDICS, LTD., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to and in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sharon Roth hereby voluntarily dismisses her claims in the above-entitled action against Defendant Vitaminerals/VM Orthopedics, Ltd. without prejudice. Each party shall bear its own costs.

Dated: February 16, 2022

Respectfully submitted,

/s/ Brian K. Murphy
Brian K. Murphy (0070654)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
(614) 488-0400
(614) 488-0401 facsimile
murphy@mmmb.com

Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 16, 2022, the foregoing was served via regular U.S. Mail, postage prepaid, upon the following:

Marvin L. Boote II
311 West Streetsboro Road
Hudson, OH 44236

                                             **/s/ Brian K. Murphy**
                                             Brian K. Murphy